UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Frank C. Damrell, Jr.
Senior United States District Judge
Sacramento, California

                RE:    Jaime VALDEZ
                      Docket Number:   2:01CR00301-04
                      **WITHDRAWAL OF VIOLATION PETITION**

Your Honor:

On January 3, 2011, you signed a petition requesting a Warrant for Arrest of the above-supervised releasee, based on a petition filed by our office the same day. This memo is a request for that petition to be withdrawn and the Warrant for Arrest be recalled regarding the releasee.

The petition was filed based on information we received from the Department of Justice Flash Notice system, which notifies us of arrests of persons under our supervision. It is now apparent that the Jaime Valdez arrested by Sacramento Police Department on December 18, 2010 is not the releasee in this case.

Part of the reason for the confusion is another Jaime Valdez, who has the same date of birth as the releasee, was arrested on the date in our petition. We discovered this error after the petition had been filed, and we compared FBI and ICE identification numbers obtained from the police and booking reports.

In view of the above, it is appropriate and recommended that the petition filed January 3, 2011 be withdrawn, and the Warrant for Arrest issued in this case be recalled.

                Respectfully submitted,

                /s/Jeffrey C. Oestreicher
                **JEFFREY C. OESTREICHER**
              **Supervising United States Probation Officer**

Dated:    January 26, 2011
            Sacramento, California
            JCO/sda

**RE:** VALDEZ, Jaime
Docket Number:   2:01CR00301-04
<u>WITHDRAWAL OF VIOLATION PETITION</u>

**REVIEWED BY:**     /s/Linda L. Alger
                    **LINDA L. ALGER**
                    **Supervising United States Probation Officer**

cc:    United States Attorney's Office
       United States Marshal's Office

_____

         AGREE: ___X_____          DISAGREE: _____

_____          January 27, 2011
**FRANK C. DAMRELL, JR.**                   DATE
Senior United States District Judge